IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Cynthia Bruce, | ) | C/A No.: 3:12-2678-JFA-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Ladies Choice Fitness Center Columbia Inc., Ladies Choice Fitness Center Landmark Inc., Ladies Choice Fitness Center MI Inc., and John Holladay | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff filed the complaint in this case asserting claims of employment discrimination and a state law claim relating to payment of wages on September 17, 2012. [Entry #1]. The Clerk of Court issued the summons on September 18, 2012. [Entry #4]. Defendant Ladies Choice Fitness Center (Landmark), Inc., identified in the caption as Ladies Choice Fitness Center Landmark Inc., filed a *pro se* answer on October 11, 2012. [Entry #5]. Defendant Ladies Choice Fitness Center (Columbia), Inc., identified in the caption as Ladies Choice Fitness Center Columbia Inc., filed a *pro se* answer on October 15, 2012. [Entry #10].

It is well settled that *pro se* litigants, regardless of the nature of their connection to a corporation as an officer or shareholder, cannot legally represent corporations in this court. Corporations may only appear in this federal court and litigate through a licensed attorney who is formally admitted to practice and in good standing with this court. *See Days Inn Worldwide, Inc. v. JBS, Inc.*, C/A No. 4:08-1771-TLW-TER, 2010 WL 625391,

at *2 (D.S.C. Feb. 19, 2010); *see also First Hartford Corp. Pension Plan & Trust v. United States*, 194 F.3d 1279, 1290 (Fed. Cir. 1999) (*pro se* actions by non-attorneys on behalf of corporations "fail for lack of standing"); *Pridgen v. Andresen*, 113 F.3d 391, 392–93 (2d Cir. 1997) (*pro se* litigant may not represent corporation, estate, partnership, or "his or her minor child").

Therefore, Ladies Choice Fitness Center (Landmark), Inc., and Ladies Choice Fitness Center (Columbia), Inc., must file answers or other responses through counsel admitted to practice in this court. The Clerk of Court shall mail a copy of this order to Darby Hebert, President of Ladies Choice Fitness Center (Landmark), Inc., and John Holladay, President of Ladies Choice Fitness Center (Columbia), Inc., because their names, signatures, and address appear on the *pro se* answers for the respective defendants. The Clerk of Court shall also mail a copy of this order by Certified Mail to the registered agent for Ladies Choice Fitness Center (Landmark), Inc. According to the corporate directory on the South Carolina Secretary of State website, www.sos.sc.gov/Search Business Filings (last visited Oct. 15, 2012), the registered agent for Ladies Choice Fitness Center (Landmark), Inc., is Ted Hebert, 10055 Dorchester Road, Summerville, South Carolina 29485. The registered agent for Ladies Choice Fitness Center (Columbia), Inc. is John Holladay who is already receiving a copy of this order.

Ladies Choice Fitness Center (Landmark), Inc., and Ladies Choice Fitness Center (Columbia), Inc., will have thirty-five days from the date of this order to obtain counsel and file amended answers or otherwise plead. Should they fail to do so, the undersigned

will recommend the answers filed *pro se* be struck from the record and default entered against the corporations.

    IT IS SO ORDERED.

October 15, 2012                                                   Shiva V. Hodges
Columbia, South Carolina                      United States Magistrate Judge